DOCUMENT 2 — EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Fouad Saeed Abdulkadir, Petitioner, v. [Respondents], Respondents.
Civil Action No. _____

FILED
HARRISBURG, PA
DEC 05 2025
DEPUTY CLERK

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

(1) Petitioner moves for a temporary restraining order and/or preliminary injunction ordering his immediate release under supervision, or, in the alternative, a prompt bond hearing with constitutionally adequate procedures, as described in the accompanying Petition, to prevent irreparable harm and constitutional violation.

(2) To obtain preliminary equitable relief, Petitioner must show: (i) likelihood of success on the merits; (ii) that irreparable harm will result absent relief; (iii) that the balance of equities tips in Petitioner's favor; and (iv) that an injunction is in the public interest. Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); Nken v. Holder, 556 U.S. 418, 434 (2009).

(3) Likelihood of success: Petitioner's ongoing detention is punitive and excessive under Bell v. Wolfish, 441 U.S. at 535–40; violates professional-judgment standards for civil detainees per Youngberg v. Romeo, 457 U.S. at 321–23; is contrary to Zadvydas and Jennings given IJ administrative closure and non-final conviction status (Orabi); and fails constitutional and statutory requirements.

(4) Irreparable harm: Each day of detention exacerbates severe physical suffering, mobility impairments, PTSD, depression, and anxiety that cannot be remedied after the fact. Constitutional harm recognized in Helling v. McKinney, Estelle v. Gamble, Brown v. Plata.

(5) Balance of equities: Government's interests in appearance supervision and public safety are adequately served by less-restrictive alternatives such as recognizance, bond, ATD/GPS, with conditions. Petitioner consents to any necessary supervision. Public interest demands protection of constitutional rights and humane treatment of disabled persons.

(6) Public interest: Preventing unconstitutional detention, protecting rights of persons with disabilities, and ensuring humane standards.

(7) Requested relief: (a) immediate release under reasonable conditions of supervision; or (b) individualized bond hearing within seven (7) days with Government's burden at clear-and-convincing standard, consideration of less-restrictive alternatives, and a

contemporaneous written decision; and (c) enjoin any transfer out of this District during pendency.

Date: 12/01/25
Respectfully submitted,

Signature: _Fouad Saeed Abdulkadir_
Fouad Saeed Abdulkadir, A-205-564-652
Moshannon Valley Processing Center
555 GEO Drive, Philipsburg, PA 16866

---

DOCUMENT 3 — PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Fouad Saeed Abdulkadir, Petitioner, v. [Respondents], Respondents.
Civil Action No. _____

[PROPOSED] ORDER

Upon consideration of Petitioner's Petition for Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction:

(1) The Petition is GRANTED. Respondents shall RELEASE Petitioner Fouad Saeed Abdulkadir (A-205-564-652) forthwith under reasonable conditions of supervision (recognizance, reasonable bond, or ATD).

OR

(2) In the alternative, Respondents shall provide Petitioner an individualized bond hearing before a neutral decisionmaker within seven (7) days of this Order. At that hearing, the government must prove by clear-and-convincing evidence that continued detention is necessary and that no less-restrictive alternative will suffice. The decisionmaker shall consider less-restrictive alternatives and issue a contemporaneous written decision.

(3) Respondents are ENJOINED from transferring Petitioner outside this District absent prior Court approval during the pendency of this action.

SO ORDERED.

Dated: 12/01/2025

UNITED STATES DISTRICT JUDGE

---

DOCUMENT 4 — CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

(1) I certify that on _____, I served true and correct copies of the Petition, Emergency Motion, Proposed Order, and all exhibits on the following:

- Civil Process Clerk, United States Attorney's Office for the Middle District of Pennsylvania, 700 Arch Street, Room 2106, Harrisburg, PA 17101.
- Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
- Warden, Moshannon Valley Processing Center, 555 GEO Drive, Philipsburg, PA 16866
- Field Office Director, ICE ERO Philadelphia Field Office, 114 N. 8th Street, Philadelphia, PA 19107

(2) Mail, email, or notices as required by local rules and facility policy.

Date: 12/01/2025
Signature: *Fouad Saeed Abdulkadir*
Fouad Saeed Abdulkadir, Petitioner Pro Se

======================================================

